**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RONALD SATISH EMRIT**                                                    **PLAINTIFF**

**v.**                                   **CASE NO. 4:26-CV-600-BSM**

**SABRINA CARPENTER,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE